United States District Court
Southern District of Texas
**ENTERED**
August 25, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF TEXAS | |
| GALVESTON DIVISION | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| v. | § | |
| | § | **3:22-cr-0018-001** |
| Franklin Trejo-Chavarria a/k/a "Impulsivo" | § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  <u>CRIMINAL INDICTMENT</u>  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

Franklin Trejo-Chavarria a/k/a "Impulsivo"

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on  <u>August 24, 2022</u>

UNITED STATES MAGISTRATE JUDGE